UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01088-JPH-TAB |
| | ) | |
| ARTHUR SIBLEY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING MOTION FOR LEAVE
TO PROCEED ON APPEAL *IN FORMA PAUPERIS***

The Court entered final judgment for the defendants in this action on September 20, 2019.
Dkt. 81; *see* dkt. 80 (granting defendants' motion for summary judgment). Plaintiff Christopher
Michael Johnson appealed, dkt 83, and the Seventh Circuit dismissed the appeal on March 4, 2020,
for failure to pay the appellate filing fee, *see* dkt. 93 (mandate). Mr. Johnson now has filed another
notice of appeal and motion for leave to proceed on appeal *in forma pauperis*. Dkts. 96, 100.

"An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is
not taken in good faith." 28 U.S.C. § 1915(a)(3). "Good faith" within the meaning of § 1915 is
judged by an objective, not a subjective, standard. *See Thomas v. Zatecky*, 712 F.3d 1004, 1006
(7th Cir. 2013) ("bad faith" is understood to mean objective frivolousness). There is no objectively
reasonable argument Mr. Johnson could present to argue that the disposition of this case was
erroneous. Moreover, his notice of appeal is untimely by several months. In pursuing an appeal,
therefore, he "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the
basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have
any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not

1

taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis*,

dkt. [100], is **DENIED**.

**SO ORDERED.**

Date: 10/30/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Distribution:

CHRISTOPHER MICHAEL JOHNSON
270993
Grayson Co. Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

Andrew J. Upchurch
OFFICE OF CORPORATION COUNSEL
andrew.upchurch@indy.gov